IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM MARK BUCHANAN, ) | |
| ) | |
| Plaintiff, ) | Cause No.: 1:21-cv-2001 |
| ) | |
| vs. ) | |
| ) | |
| INTREPID USA, INC., ) | |
| ) | |
| Defendant. ) | |

COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, William Mark Buchanan, by counsel, and as his Complaint for Damages against Defendant, Intrepid USA, Inc., states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, William Mark Buchanan (hereinafter "Plaintiff" or "Buchanan"), is a resident of Johnson County in the State of Indiana and a former employee of Defendant.

2. Defendant, Intrepid USA, Inc. (hereinafter "Intrepid" or "Defendant"), is an employer as defined by the Age Discrimination in Employment Act, as amended, 29 U.S.C. §621, *et. seq.*, Act, 29 U.S.C. §2601, *et. sec*. which conducts business in the State of Indiana.

3. Buchanan filed a Charge of Discrimination (Charge No. 470-2020-0058) with the Equal Employment Opportunity Commission on or about October 7, 2019, *inter alia*, alleging that Defendant violated the Age Discrimination in Employment Act, as amended, 29 U.S.C. §621, *et. seq*.

4. Plaintiff has requested the 90-day Right to Sue letter but the Commission has not issued it. The Right to Sue letter is not a requirement under the Age Discrimination in Employment Act.

5. Buchanan invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

### GENERAL FACTS & SPECIFIC ALLEGATIONS

7. Plaintiff is a sixty-two (62) year old male who was employed by the Defendant as its Regional Director of Patient Advocacy, Hospice Division since September 21, 2016.

8. The Plaintiff at all times met or exceeded the Defendant's legitimate performance expectations.

9. On or about September 3, 2019, the Defendant terminated Plaintiff's employment as part of an alleged reduction in force.

10. Defendant subsequently assigned Plaintiff's job duties and responsibilities to a younger employee.

11. Upon terminating the Plaintiff's employment, Defendant refused to pay to the Plaintiff all of his accrued Paid Time Off ("PTO").

### Count I
### Age Discrimination

12. Plaintiff incorporates by reference Paragraphs one (1) through eleven (11) above.

13. Plaintiff, a sixty-two (62) year old male, is over the age of forty and thus a member of a protected class.

14. Plaintiff met or exceeded all of Defendant's legitimate performance expectations.

15. Defendant discriminated against Buchanan on the basis of his age by when it terminated his employment and replaced him with a younger employee.

16. Defendant's decision to terminate Plaintiff and/or include him as part of its reduction in force was because of his age.

17. Similarly situated younger employees were treated more favorably in that they were not terminated, were not selected for the reduction in force, and/or were awarded positions that were vacated by Plaintiff and/or other older employees.

18. As a result of the foregoing, Buchanan suffered damages, including but not limited to, lost wages and benefits, liquidated damages and attorney fees.

19. The Defendant's actions are in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621, *et. sec.*

WHEREFORE, Plaintiff prays for judgment against Defendant, an award for unpaid wages, liquidated damages, back pay, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Count II
Wage Claim

20. Plaintiff incorporates by reference paragraphs one (1) through nineteen (19) above a fully set forth herein.

21. Plaintiff brings this action, pursuant to Ind. Code 22-2-9 *et seq.* and Indiana Code 22-2-5 *et seq.*, and in support thereof states as follows:

  a. Plaintiff, William Mark Buchanan, currently resides in the State of Indiana, Johnson County.

  b. Defendant, Intrepid USA, Inc. is a foreign corporation doing business in the State of Indiana.

c. Plaintiff is a former employee of the Defendant who was terminated by the Defendant on or about September 3, 2019.

d. Defendant has failed to pay Plaintiff for wages he has earned.

e. Pursuant to Indiana Code 22-2-5-2, Plaintiff is also entitled to recover from Defendant liquidated damages in an amount equal to double the wages due, as well as costs and reasonable attorney's fees.

f. The Commissioner of the Indiana Department of Labor, by and through the Indiana Attorney General, has authorized Plaintiff to pursue his claim for unpaid wages pursuant to Indiana statute. A true and accurate copy of the authorization letter is attached as "Exhibit A" hereto.

g. All conditions precedent to this action have occurred, have been performed or have been excused.

WHEREFORE, Plaintiff prays for judgment against Defendant and an award of damages as follows:

1. Unpaid wages in the amount of $7,838.8200;
2. Liquidated damages in the amount of $15,677.64;
3. Costs and reasonable attorney fees;
4. Prejudgment interest; and

For a final judgment against Defendant in the amount of $23,516.46 in compensation under this Count II, prejudgment interest, plus Plaintiff's costs and Plaintiff's reasonable attorney fees incurred herein, and all other just and proper relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22713-41

REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS & PAGE
1634 W Smith Valley Road, Ste. B
Greenwood, IN  46143
(317) 885-0041;
(888) 308-6503 Fax